# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

MEREDITH GILL,  
    Plaintiff,                     :  
                               :     CIVIL ACTION  
    v.                            :     NO. 17-4678  
                               :  
ABINGTON MEMORIAL        :  
HOSPITAL,                     :  
    Defendant.               :

## **ORDER**

**AND NOW**, this 22nd _day of January, 2019, it is **ORDERED** that Defendant Abington Memorial Hospital's Motion for Summary Judgment (ECF No. 11) is **GRANTED**.

                                              s/Anita B. Brody

                                        _____  
                                        ANITA B. BRODY, J.

Copies **VIA ECF** on 1/23/2019